UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. <u>CR00-682-AHM</u>                                   Date and Filed: <u>May 31, 2002</u>

PRESENT:   THE HONORABLE A. HOWARD MATZ, JUDGE

<u>Stephen Montes</u>            <u>Not Reported</u>            <u>Caroline Wittcoff</u>
Deputy Clerk              Court Reporter             Assistant U.S. Attorney

Interpreter: <u>N/A</u>

USA v. (DEFENDANT(S) PRESENT):                ATTORNEY(S) PRESENT FOR DEFENDANT(S):

(1)   <u>Joshua Monette Hass</u>                      (1)   <u>Jeffrey Vallens</u>
      __ Custody __ Bond _X_ Citation                  __ Appointed _X_ Retained

**PROCEEDINGS:**   **(IN CHAMBERS)**

No appearances.

Court hereby continues the status conference from June 10, 2002 to **September 9, 2002 at 4:00 p.m.**

cc: USPO

MINUTES FORM 6                                                              Initials of Deputy Clerk
CRIM-GEN